IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:24-00232 |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| [1] RODERICK TUCKER | ) 21 U.S.C. § 846 |
| [2] KALYPSO FISH | ) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning on or about November 4, 2022, and continuing through on or about January 6, 2023, in the Middle District of Tennessee and elsewhere, the defendants, **[1] RODERICK TUCKER** and **[2] KALYPSO FISH**, did combine, conspire, confederate, and agree, together and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about January 6, 2023, in the Middle District of Tennessee, the defendants, **[1] RODERICK TUCKER** and **[2] KALYPSO FISH**, knowingly possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

The allegations contained in Counts One and Two of this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

Upon conviction of Count One and Two, **[1] RODERICK TUCKER** and **[2] KALYPSO FISH** shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2):

    a.    any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of each violation; and

    b.    any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to, a Money Judgment in an amount to be determined to be the aggregate value of the property described in a and b above.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ Emily Petro*

EMILY PETRO
ASSISTANT UNITED STATES ATTORNEY

2

Case 3:24-cr-00232    Document 3    Filed 12/18/24    Page 2 of 2 PageID #: 4